IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PARALLEL SEPARATION INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL OILWELL VARCO, INC.;<br>NATIONAL OILWELL VARCO, LP;<br>NOW OILFIELD SERVICES, INC.; and<br>NATIONAL OILWELL VARCO, LP dba NOV BRANDT and dba BRANDT,<br><br>    Defendants. | Civil Action No. 4:15-CV-00920<br><br>JURY TRIAL DEMANDED |

## JOINT SUBMISSION OF PROPOSED SCHEDULING ORDER

Pursuant of the request of the Court, the parties hereby submit the attached proposed Scheduling Order. The proposed schedule is agreed, except for the date to join additional parties. An electronic copy of the attached proposed Scheduling Order has been email to the Court via Mr. Andrew Boyd.

May 15, 2015

Respectfully submitted,

/s/ *Henry Pogorzelski*
Henry M. Pogorzelski – Lead Counsel
Texas Bar No. 24007852
Michael J. Collins
Texas Bar No. 04614510
John J. Edmonds
Texas Bar No. 789758
Shea Palavan, J.D.
Texas Bar No.: 24083616
**COLLINS, EDMONDS, POGORZELSKI, SCHLATHER & TOWER, PLLC**
1616 S. Voss Road, Suite 125

Houston, Texas 77057
Telephone: (281) 501-3425
Facsimile: (832) 415-2535
Email: hpogorzelski@cepiplaw.com
mcollins@cepiplaw.com
jedmonds@cepiplaw.com
spalavan@cepiplaw.com

*Attorneys for Plaintiff*
*Parallel Separation Innovations LLC*


**Raley & Bowick, L.L.P.**

 */s/ John W. Raley*
John W. Raley
Robert M. Bowick
Bradford T. Laney
Raley & Bowick, LLP
1800 Augusta Dr., Suite 300
Houston, Texas 77057
Phone: (713) 429-8050
Fax: (713) 429-8045
rbowick@raleybowick.com
jraley@raleybowick.com
blaney@raleybowick.com

ATTORNEYS FOR DEFENDANTS NATIONAL OILWELL VARCO, INC., NATIONAL OILWELL VARCO, L.P., NOW OILFIELD SERVICES, INC., NATIONAL OILWELL VARCO, LP DBA NOV BRANDT AND DBA BRANDT


**CERTIFICATE OF SERVICE**

I hereby certify that an electronic copy of this document is being served upon all counsel of record via the Court's CM/ECF system per Local Rule 5.1

May 15, 2015                                              */s/ Henry Pogorzelski*
                                                         Henry Pogorzelski

2